## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2019, I electronically filed the following with the Clerk of the District Court for the Western District of New York, using its CM/ECF system: Notice of Removal and Continuation of Exhibits, which would then electronically notify the following CM/ECF participants on this case:

Steven M. Cohen, Esq.
**HOGANWILLIG, PLLC**
*Attorneys for plaintiffs*
2410 North Forest Road, Suite 301
Amherst, New York 14068
Telephone: (716) 636-7600
Email: scohen@hoganwillig.com

Dated:   Buffalo, New York
         September 17, 2019

**MICHAEL A. SIRAGUSA**
*Erie County Attorney*

*s/ Erin E. Molisani*
Erin E. Molisani
Assistant County Attorney
95 Franklin Street, Room 1634
Buffalo, New York 14202
Telephone: (716) 858-2216
Email: Erin.Molisani@erie.gov